## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Clark, Margaret L

Printed: 11/11/08

Case Number:  08 B 21171

Judge:  Goldgar, A. Benjamin

Filed:  8/13/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed:  September 30, 2008

Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | Washington Mutual | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual | Secured | 0.00 | 0.00 |
| 4. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 5. | Washington Mutual | Secured | | No Claim Filed |
| 6. | America's Servicing Co | Secured | | No Claim Filed |
| 7. | Washington Mutual | Secured | | No Claim Filed |
| 8. | National City Mortgage Co | Secured | | No Claim Filed |
| 9. | GMAC Mortgage Corporation | Secured | | No Claim Filed |
| 10. | Internal Revenue Service | Priority | | No Claim Filed |
| 11. | Harlem Furniture | Unsecured | | No Claim Filed |
| | | | $ 0.00 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Clark, Margaret L

Printed: 11/11/08

Case Number:  08 B 21171

Judge:  Goldgar, A. Benjamin

Filed:  8/13/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

